0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 08-33346 GMB

Debtor: John W. & Lisa A. Miller, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1703440 | Litton Loan Servicing | 1,486.48 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   September 10, 2010